**Abatement Order filed November 17, 2011.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-00541-CV**

———————

**TAHIR ENTERPRISES, INC. and TAHIR MAHMOOD, Appellants**

**V.**

**REDHA INVESTMENT GROUP, INC., AYSHA INVESTMENTS, INC., and MANUEL EDUARDO GONZALEZ, Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-03521**

## A B A T E M E N T   O R D E R

This court has been notified that appellant, **Tahir Mahmood**, has petitioned for voluntary Chapter 13 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 11-80597.   Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the cause abated and treated as a closed case. It may be reinstated on motion of any party, showing the stay has been lifted and specifying what further action, if any, is required from this court, or the court may reinstate the appeal on its own motion. *See* Tex. R. App. P. 8.3.


PER CURIAM